# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JARELL DAVIS TERRY,**                                                    **PLAINTIFF**
**ADC # 149998**

v.                      Case No. 4:25-cv-01203-JM-JTK

**KARMA THORNS, et al.**                                           **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 6th day of January, 2026.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE